THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINA CHETWOOD, and SANDRA CASTELLON-GONZALEZ, individually, and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> T- MOBILE USA, INC. <br><br> Defendant. | No. 2:19-cv-00458-RSL <br><br> **STIPULATED MOTION AND ORDER TO EXTEND DATES RELATED TO CONDITIONALLY CERTIFIED COLLECTIVE ACTION** |

## STIPULATION

WHEREAS, the Court entered the *Order Granting in Part Plaintiffs' Motion for Conditional Certification* (Doc. # 35) on April 7, 2020 (the "Order").

WHEREAS, the Order sets the following deadlines:

- **Production of Potential Opt-In Plaintiff Information, April 28, 2020.** ("[D]efendant shall produce to plaintiffs the names, last known addresses, and email addresses of all 'similarly situated' Associate Experts, Experts, and Senior Experts within 21 days of this Order, so that plaintiffs may notify them of the collective action." Order at p. 9.)

- **Meet and Confer and File Proposed Notice Forms, April 28, 2020.** ("[T]he parties shall meet and confer to prepare a proposed stipulated notice, reminder notice, and opt-in form. The parties are ORDERED to submit this information in a joint filing within

STIPULATED MOTION AND ORDER TO EXTEND DATES RELATED TO CONDITIONALLY CERTIFIED COLLECTIVE ACTION - 1
No. 2:19-cv-00458-RSL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

21 days of this Order. If the parties fail to reach agreement, any disputes shall be noted in the filing or in separate notices filed by each party." *Id.*)

WHEREAS the COVID-19 crisis has imposed unprecedented constraints and challenges on the parties and their counsel;

WHEREAS the Order presents a challenge to Defendant T-Mobile USA, Inc. ("T-Mobile"), particularly under the current circumstance, in meeting its obligation within the time set by the Order to accurately collect and produce the potential opt-in plaintiff information, which will involve information relating to 17 different call centers over a period of several years and will likely involve the collection of information for over 10,000 current and former employees.

WHEREAS the parties reached an agreement to make this stipulated motion to the Court to extend by three weeks the dates for (a) the production of potential opt-in plaintiff information by T-Mobile and (b) to parties to file proposed notice forms, as well as an agreement to allow, for the purposes of this case, for the tolling of the statute of limitations under the Fair Labor Standards Act for a corresponding period of three weeks for any person who opts-in to the collective action that has been conditionally certified by the Court's Order (with such tolling agreement conditioned on the Court entering the proposed order requested in this stipulated motion).

The parties therefore agree and stipulate as follows:

1. Given the ongoing COVID-19 crisis and other factors impacting the parties, their counsel, and this litigation, there is good cause to extend by three weeks the Court's current deadlines for (a) the production of potential opt-in plaintiff information and (b) the filing of proposed notice forms;

2. To address Plaintiffs' concerns regarding any potential impact of the extensions requested in this stipulated motion, the parties agree that, should the Court enter an

STIPULATED MOTION AND ORDER TO EXTEND
DATES RELATED TO CONDITIONALLY
CERTIFIED COLLECTIVE ACTION - 2
No. 2:19-cv-00458-RSL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  order granting the requested extensions, the parties' conditional agreement, for the purposes
2  of this case, providing for the tolling of the statute of limitations under the Fair Labor
3  Standards Act for a corresponding period of three weeks for any person who opts-in to the
4  collective action that has been conditionally certified by the Court's Order, shall become
5  effective.

6
7       DATED this 17th day of April, 2020.
8
9       K&L GATES LLP

10  By: *s/Patrick M. Madden*
    Patrick M. Madden, WSBA #21356
11   *s/Daniel P. Hurley*
    Daniel P. Hurley, WSBA #32842
12  Email:  patrick.madden@klgates.com
13  Email: daniel.hurley@klgates.com
    925 Fourth Avenue, Suite 2900
14  Seattle, Washington  98104-1158
    Telephone:  (206) 623-7580
15   Facsimile:  (206) 623-7022

16
    *Attorneys for Defendant*
17

18      SOMMERS SCHWARTZ, P.C.

19  By: *s/Kevin J. Stoops*
    Kevin J. Stoops, Esq.
20   *s/Charles R. Ash IV, Esq.*
    Charles R. Ash IV, Esq.
21  Email: kstoops@sommerspc.com
22  Email:  crash@sommerspc.com
    Sommers Schwartz, P.C.
23  One Towne Square, Suite 1700
    Southfield, Michigan 48076
24  925 Fourth Avenue, Suite 2900
25  Telephone: (248) 355-0300

26

STIPULATED MOTION AND  ORDER TO
EXTEND DATES RELATED TO CONDITIONALLY
CERTIFIED COLLECTIVE ACTION - 3
No. 2:19-cv-00458-RSL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1
2
    SCHROETER GOLDMARK & BENDER

3
    By:  <u>*s/Adam J. Berger*</u>
         Adam J. Berger, WSBA#
4
         Email: berger@sgb-law.com
         Schroeter Goldmark & Bender
5
         810 Third Avenue, Suite 500
         Seattle, WA 98104
6
         Telephone: (206) 622-8000

7
    *Attorneys for Plaintiffs*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER TO EXTEND
DATES RELATED TO CONDITIONALLY
CERTIFIED COLLECTIVE ACTION - 4
No. 2:19-cv-00458-RSL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**ORDER**

Having considered the foregoing, IT IS HEREBY ORDERED as follows:

1. The date for T-Mobile to produce the potential opt-in plaintiff information pursuant to this Court's Order (Doc. # 35) shall be extended from April 28, 2020, to May 19, 2020; and

2. The date by which the parties shall file proposed notice forms pursuant to this Court's Order (Doc. # 35) likewise shall be extended from April 28, 2020, to May 19, 2020.

IT IS SO ORDERED.

DATED this __21st__ day of April, 2020.

_____
Hon. Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
DATES RELATED TO CONDITIONALLY
CERTIFIED COLLECTIVE ACTION - 5
No. 2:19-cv-00458-RSL