UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTINA CHETWOOD and SANDRA CASTELLON-GONZALEZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | Case No. C19-458RSL<br><br>ORDER |

On May 19, 2020, the parties filed a stipulated "Joint Report Regarding Proposed Form of Notice and Proposal for Dissemination of Notice." See Dkt. #43. Pursuant to the Joint Report, the attached Exhibit A (see Dkt. #43-1), and the remainder of the record:

(1) IT IS HEREBY ORDERED that the stipulated proposed (1) Notice Form (Ex. A at 2-4), (2) Consent to Join Lawsuit Form (id. at 5), and (3) Reminder Notice Form (id. at 6), are approved for dissemination to potential opt-in plaintiffs as set forth in the Court's April 7, 2020 Order (see Dkt. #35).

(2) IT IS FURTHER ORDERED that the parties shall comply with the proposed deadlines regarding dissemination of notice as set forth in the stipulated Joint Report (see Dkt. #43 at 2-3).

IT IS SO ORDERED.

//

ORDER - 1

1 | DATED this 26th day of May, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2