HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **KRISTINA CHETWOOD**, **SANDRA CASTELLON-GONZALEZ, PAUL ROSE, JAIRO MARQUEZ, SAMANTHA STEPHENS, RICHARD NEDBALEK, AND BRIANA WHITE,** individually, and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>**T-MOBILE USA, INC.**<br><br>                    Defendant. | CASE NO. 2:19-cv-00458-RSL<br><br>**PLAINTIFFS' MOTION TO FILE OVER-LENGTH BRIEF WHEN FILING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS/ COLLECTION ACTION SETTLEMENT**<br><br>NOTE FOR MOTION CALENDAR: June 11, 2021 |

Plaintiffs, by and through their attorneys, and pursuant to Rule 7(f) of the Local rules of the United States District Court for the Western District of Washington, hereby respectfully move for leave to file their Unopposed Motion for Preliminary Approval of Class/Collective Action Settlement, Approval of Class Notice, and Setting Final Approval Hearing in excess of the twenty-four (24) pages.  In support thereof, Plaintiffs state that due to the complexities associated with the FLSA and Rule 23 class action settlement reached between the parties, Plaintiffs cannot fully or adequately brief the merits of the unopposed Preliminary Approval motion without exceeding the

PLAINTIFFS' MOTION TO FILE OVER-LENGTH BRIEF
[CASE NO. 2:19-CV-00458-RSL]

SOMMERS SCHWARTZ PC
ONE TOWNE SQUARE, SUITE 1700
SOUTHFIELD, MI 48076
(248) 355-0300

Court's twenty-four (24) page limitation.  Plaintiffs request an addition three (3) pages be granted in order to fully and adequately brief their Preliminary Approval motion.

WHEREFORE, Plaintiffs request that this Honorable Court grant leave to file their Motion in excess of twenty-four (24) pages to and including three (3) pages for a total of twenty-seven (27) pages.

DATED: May 17, 2021                         SOMMERS SCHWARTZ, P.C.

By:  /s/ Kevin J. Stoops
      Kevin J. Stoops

SOMMERS SCHWARTZ, P.C.
Kevin J. Stoops (*pro hac vice*)
Charles R. Ash, IV (*pro hac vice*)

*Counsel for Plaintiff and Proposed Class and Collective Members*

### **CERTIFICATE OF SERVICE**

I certify that on May 17, 2021, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

s/*Kevin J. Stoops*
Kevin J. Stoops
Sommers Schwartz, P.C.

- 2 -

PLAINTIFFS' MOTION TO FILE OVER-LENGTH MOTION
[CASE NO. 2:19-CV-00458-RSL]

SOMMERS SCHWARTZ PC
ONE TOWNE SQUARE, SUITE 1700
SOUTHFIELD, MI 48076
(248) 355-0300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS/
COLLECTIVE ACTION SETTLEMENT,
[CASE NO. 2:19-CV-00458-RSL]

SOMMERS SCHWARTZ PC
ONE TOWNE SQUARE, SUITE 1700
SOUTHFIELD, MI 48076
(248) 355-0300