HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **KRISTINA CHETWOOD**, **SANDRA CASTELLON-GONZALEZ, PAUL ROSE, JAIRO MARQUEZ, SAMANTHA STEPHENS, RICHARD NEDBALEK,** and **BRIANA WHITE** individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**T-MOBILE USA, INC.**<br><br>Defendant. | CASE NO. 2:19-cv-00458-RSL<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS COUNSEL'S FEES AND COSTS** |

THIS MATTER having come on for hearing on Plaintiffs' Unopposed Motion for Approval of Class Counsel's Fees and Costs (Dkt. # 105). The Court has considered the submissions of the parties and the records and files herein, and is otherwise fully informed.

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Approval of Class Counsel's Fees and Costs is GRANTED.

SO ORDERED, this 22nd day of October, 2021.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS COUNSEL'S FEES & COSTS** [CASE NO. 2:19-CV-00458-RSL]

PRESENTED BY:

SOMMERS SCHWARTZ, P.C.

s/ Kevin J. Stoops
Kevin J. Stoops, Esq. (PHV)
Charles R. Ash IV, Esq. (PHV)


SCHROETER GOLDMARK & BENDER

s/ Adam J. Berger
Adam J. Berger, WSBA #20714


*Attorneys for Plaintiffs*

ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION FOR
APPROVAL OF CLASS COUNSEL'S
FEES & COSTS
[CASE NO. 2:19-CV-00458-RSL]